UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:00-CR-16 |
| V. | ) | (JORDAN/SHIRLEY) |
| | ) | |
| DEWEY ANDERSON | ) | |

ORDER OF TEMPORARY DETENTION

This matter came before the undersigned for an initial appearance on a Petition for Warrant for Offender Under Supervision on April 22, 2008. Hugh Ward, Assistant United States Attorney, was present representing the government. Jonathan Moffatt was present representing the defendant. The defendant was also present. The defendant, through counsel, orally waived a preliminary hearing, but requested a detention hearing.

The defendant is scheduled for a detention hearing on **Tuesday, April 22, 2008 at 3:00 p.m.** before the undersigned, and is scheduled for a revocation hearing on **Thursday, April 24, 2008 at 11:00 a.m.,** before the **Honorable Leon Jordan**, United States District Judge. The defendant stated that he understands that he will remain in custody pending the hearing.

It is therefore **ORDERED** that:

(1) Defendant be detained.;

(2) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**

ENTER:
s/ C. Clifford Shirley
United States Magistrate Judge