UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:00-CR-16 |
| V. | ) | (JORDAN/SHIRLEY) |
| | ) | |
| DEWEY ANDERSON | ) | |

ORDER OF TEMPORARY DETENTION

This matter came before the undersigned for an initial appearance on a Petition for Warrant for Offender Under Supervision on April 22, 2008. Hugh Ward, Assistant United States Attorney, was present representing the government. Jonathan Moffatt was present representing the defendant. The defendant was also present. Jonathan Moffatt requested more time to prepare for the detention hearing due to an issue regarding the results of a drug test. The government was not able to make a confirmation from the lab at this time. The Court granted Defendant's request.

The defendant' scheduled detention hearing is reset to **Monday, April 28, 2008 at 2:00 p.m.** before the undersigned, and he scheduled revocation hearing is reset to **Wednesday, April 30, 2008 at 1:30 a.m.,** before the **Honorable Leon Jordan**, United States District Judge. The defendant stated that he understands that he will remain in custody pending the hearing.

It is therefore **ORDERED** that:

(1) Defendant be detained.;

(2) Defendant be committed to the custody of the Attorney

General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**

ENTER:
    s/ C. Clifford Shirley
United States Magistrate Judge